# THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CRIMINAL CASE NO. 1:17-cr-00093-MR-DLH

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> **Plaintiff,** ) <br> ) <br> **vs.** ) <br> ) <br> ) <br> **JOSEPH LOUIS CARO, JR.** ) <br> ) <br> **Defendant.** ) <br> _____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Government's Motion to Dismiss. [Doc. 20].

The Government moves pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of this Court, to dismiss the Bill of Indictment [Doc. 1] against Defendant Joseph Louis Caro, Jr., in this case. [Doc. 20].

For good cause shown,

**IT IS, THEREFORE, ORDERED** that this case is hereby **DISMISSED WITH PREJUDICE**.

The Clerk of Court is directed to close this case.

**IT IS SO ORDERED**.

Signed: May 11, 2018

Martin Reidinger
United States District Judge